IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 15-248-2 |
| | : | |
| JONATHAN SNYDER | : | |

## **ORDER**

AND NOW, this 26th day of April, 2023, upon consideration of Petitioner Jonathan Snyder's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (ECF No. 138), for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is DENIED.

It is FURTHER ORDERED Snyder's Motion for Disposition on the Merits (ECF No. 140) and Motion to Show Cause (ECF No. 145) are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.